# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

TRIPLE STAR LLC,

        Plaintiff,

vs.

                                              **C05-1947 JPD**

RICHARD REINKE,

        Defendant.                             **MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Counsel has requested additional time to comply with the schedule set forth in the Order Regarding Initial Disclosure, Joint Status Report, and Early Settlement (dkt #3).  The request is GRANTED.

The parties will now adhere to the following schedule:

Deadline for FRCP 26(f) Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 27, 2006

Initial Disclosure Pursuant to FRCP 26(a) . . . . . . . . . . . . . . . . . . . . . . . . . February 3, 2006

Combined Joint Status Report and discovery Plan
    as required by FRCP 26(f) and Local Rule CR16 . . . . . . . . . . . . . . . . . February 10, 2006

The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, U.S. Magistrate Judge,

**MINUTE ORDER**
C05-1947 JPD

1  is hereby extended to the due date of the Joint Status Report.  The parties may indicate in the

2  Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a

3  district judge; should the parties decide earlier than February 10, 2006, to consent or decline,

4  deputy clerk Peter H. Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425.

5  The decision regarding to consent or to decline is not to be filed electronically or forwarded in any

6  form to the chambers of Judge Donohue.

9  Dated this 12th day of December 2005

11  Bruce Rifkin
    Clerk of Court

13  /s/ PETER H. VOELKER
    Peter H. Voelker, Deputy Clerk

25  **MINUTE ORDER**
26    C05-1947 JPD