**UNITED STATES DISTRICT COURT**
**for the WESTERN DISTRICT of WASHINGTON**

| | |
|---|---|
| TRIPLE STAR LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **C05-1947 JPD** |
| ) | |
| RICHARD REINKE, ) | |
| ) | |
| Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable

James P. Donohue, United States Magistrate Judge:

Counsel has requested additional time to comply with the schedule set forth in the Order

Regarding Initial Disclosure, Joint Status Report, and Early Settlement (dkt #3).  The request is

GRANTED.

The parties will adhere to the following schedule:

Deadline for FRCP 26(f) Conference  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 3, 2006

Initial Disclosure Pursuant to FRCP 26(a)  . . . . . . . . . . . . . . . . . . . . . . . . . March 10, 2006

Combined Joint Status Report and Discovery Plan
    as required by FRCP 26(f) and Local Rule CR 16  . . . . . . . . . . . . . . . . . . . March 17, 2006

The date by which the Clerk is to be informed whether the individual parties are

consenting to have this matter heard by the Honorable James P. Donohue, U.S. Magistrate Judge,

is hereby extended to the due date of the Joint Status Report.  The parties may indicate in the

**MINUTE ORDER** C05-1947 JPD

Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a

district judge; should the parties decide earlier than March 17, 2006, to consent or decline, deputy

clerk Peter H. Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425.  The

decision regarding to consent or to decline is not to be filed electronically or forwarded in any

form to the chambers of Judge Donohue.

Dated this 20th day of January, 2006

Bruce Rifkin
Clerk of Court

/s/ Peter H. Voelker
Peter H. Voelker
Deputy Clerk

**MINUTE ORDER** C05-1947 JPD