1
2
3
4
5

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

6

7    TRIPLE STAR LLC,                          )
                                               )
8                        Plaintiff,            )
                                               )
9            vs.                               )
                                               )          **C05-1947 JPD**
10                                             )
     RICHARD REINKE,                           )
11                                             )
                         Defendant.            )          **MINUTE ORDER**
12

13       The following Minute Order is made at the direction of the Court, the Honorable

14   James P. Donohue, United States Magistrate Judge:

15

16       The Court notes plaintiff has requested and been granted two extensions with respect

17   FRCP 26 dates.  Additionally, the Court notes there is no indication that service of the summons

     and complaint has yet to be served on the defendant.
18
         Therefore, the Court ORDERS the plaintiff to Show Cause by Tuesday, March 21, 2006,
19
     why FRCP 4 has not been satisfied, and why this matter should not be dismissed.
20

21

22

23                       Dated this 8th day of March , 2006

24

25                       /S/ PETER H. VOELKER
                          Deputy Clerk
26   **MINUTE ORDER**