UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT of WASHINGTON

TRIPLE STAR LLC,           )
                           )
            Plaintiff,     )
    vs.                    )         C05-1947 JPD
                           )
RICHARD REINKE,            )
                           )         ORDER STRIKING SHOW
            Defendant.     )         CAUSE and RESETTING
                           )              DEADLINES

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The plaintiff having served the defendant, and filed a response to the Show Cause Order (dkt #7), the Show Cause Order is hereby stricken.

The Court directs the plaintiff to serve the defendant with a copy of the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 3), as well as a copy of this instant order. The parties will adhere to the following schedule with respect to these deadlines:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 4, 2006

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 11, 2006

Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 18, 2006

The plaintiff is hereby directed to serve the defendant with a copy of the Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2). The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to April 18, 2006. The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or

1 have the case reassigned to a district judge; should the parties decide earlier than April 18, 2006,
2 to consent or decline, deputy clerk Peter H. Voelker may be notified at (206) 370-8422, or by fax
3 at (206) 370-8425.  An individual party's decision on consent is not to be filed electronically or
4 forwarded in any form to the chambers of Judge Donohue.

Dated this 21st of March, 2006

Bruce Rifkin, Clerk of Court

/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk