# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| TRIPLE STAR, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD REINKE, )<br>)<br>Defendant. ) | **C05-1947 JPD**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The following modifications are hereby made to the Order Setting Trial and Related Dates (dkt # 17):

— The Final Pretrial Conference is hereby re-set to Thursday, January 18, 2007 at 1:30pm. The conference will be conducted chambers, 12th floor, U.S. Courthouse.

— Jury Trial will commence on Tuesday, January 30, 2007, at 9:00am, in Courtroom 12A, U.S. Courthouse.

All other deadlines remain as dictated in the Order.

Dated this 4th day of May , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23          Dated this 4th day of May , 2006
24
25          /S/ PETER H. VOELKER
             Deputy Clerk
26  **MINUTE ORDER**